SIGNER OF PROOF OF CLAIM NOT SERVED WITH MOTION
AND  AMENDED NOTICE AS REQUIRED BY LOCAL BANKRUPTCY
RULE  3012-1.

Date signed September 29, 2009



**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND**
(Greenbelt Division)

| | | |
|---|---|---|
| In Re:  Bernard Scott | * | Case No.: 09-20309 |
| and | * | |
| Pamela M. Scott        , | * | (Chapter 13) |
| Debtor(s). | * | |

\* \* \* \* \* \* \*

Bernard Scott
and
Pamela M. Scott        ,
                Movant(s).

vs.

CitiMortgage Inc..

                Respondent.

\* \* \* \* \* \* \*

SERVE ON:
Sanjiv Das, President  and CEO
CitiMortgage, Inc.
MS 140
1000 Technology Drive
O'Fallon, MO 63304

The Corporation Trust Incorporated
300 E. Lombard Street
Baltimore, MD 21202
*Resident Agent*

                Respondent.

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER GRANTING MOTION TO AVOID LIEN

Having considered the Debtor's *Motion To Determine Status And Avoid Lien Pursuant To Section 506(a)*, and any response filed thereto, and it appearing that proper notice has been given, pursuant to 11 U.S.C. Sec. 506 and for the reasons set forth in the case of <u>Johnson v. Asset Management Group, LLC</u>, 226 B.R. 364 (D. Md. 1998), it is by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Second/Junior Mortgage Lien, per Debtors' Schedule D, of Respondent be and is hereby deemed wholly unsecured; and it is further

**ORDERED**, that at such time as a Discharge Order is entered, pursuant to 11 U.S.C. Sec. 1328, in this case, the second/junior mortgage lien held in favor of Respondent on Debtor's real property described as: 7105 District Heights Parkway, District Heights, Maryland 20747, shall be void, and it is further

**ORDERED**, that the Second/Junior Mortgage Lien claim of Respondent, per Debtors' Schedule D, herein shall be treated as a general unsecured claim under the Debtors' plan.

cc:

Respondent
Debtor
Debtor's attorney
Office of the U.S. Trustee
Chapter 13 Trustee



END OF ORDER
2 of 2