Entered: December 18, 2009
Signed: December 17, 2009

**SO ORDERED**



WENDELIN I. LIPP
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## AT GREENBELT

| | | |
|---|---|---|
| In Re: | * | |
| Bernard Scott, Jr., | * | Case No.   09-20309 |
| Pamela M. Scott, | * | Chapter   13 |
| | * | |
| Debtors. | * | |
| ************************************** | * | |
| Bernard Scott, Jr., | * | |
| Pamela M. Scott, | * | |
| | * | |
| Movants, | * | |
| v. | * | |
| CitiFinancial, Inc., | * | |
| | * | |
| | * | |
| Respondent. | * | |

### ORDER DENYING MOTION TO DETERMINE SECURED STATUS
### FOR WANT OF PROSECUTION

Before the Court is the Movants' Motion to Determine Status and Avoid Lien Pursuant to 11

U.S.C. Section 506(a) (the "Motion").  A hearing to consider the Motion was held on December 10,

2009, at which the Movants failed to appear.  Accordingly, it is, by the United States Bankruptcy

Court for the District of Maryland,

ORDERED, that the above-captioned motion is denied for want of prosecution.

cc:     Movants
        Movants' Counsel - Jeffrey Sirody, Esq.
        Respondent
        Chapter 13 Trustee


**End of Order**